IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ESTER M. MILLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.    1:20-CV-00414 |
| | ) | Honorable Sara L. Ellis |
| | ) | |
| METRA, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION FOR DISMISSAL

This matter coming before this Court and the Court having been advised in the premises that all matters of in controversy have been resolved between the parties, and by agreement of the parties. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, through their respective attorneys, hereby stipulate and agree to the dismissal of this action **with prejudice**, with each party to bear its own fees and costs. The Parties agree that this Court shall retain jurisdiction of this matter if any party fails to fulfill any agreed upon conditions.

### *It is agreed and so stipulated:*

| *For Plaintiffs:* | *For Defendants:* |
|---|---|
| /s/ Alan R. Bruggeman<br>BRUGGEMAN, HURST & ASSOCIATES, P.C.<br>20012 Wolf Road, Ste. 200<br>Mokena, Illinois 60448<br>Phone: 708.478.6900 | /s/ Minya L. Coleman<br>Minya L. Coleman<br>A.R.D.C# 6315270<br>**Metra Law Department**<br>547 West Jackson Boulevard, 15th Floor<br>Chicago, Illinois 60661<br>P: 312.322.7097<br>MColeman@metrarr.com |

BRUGGEMAN, HURST & ASSOCIATES, P.C.
20012 Wolf Road
Suite 200
Mokena, Illinois 60448
(708) 478-6900